# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10999

_____

ROBERT WALKER,

Plaintiff-Appellant,

*versus*

UNITED STATES OF AMERICA,
VICTORIA RUIZ,
ALBERTELLI LAW,
U.S. BANK HOME MORTGAGE,
d.b.a. U.S. Bank National Association,
U.S. BANK NATIONAL ASSOCIATION, et al.,

Defendants-Appellees.

_____

2                          Order of the Court                      25-10999

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:24-cv-14222-KMM

_____

Before JILL PRYOR, GRANT, and BRASHER, Circuit Judges.

BY THE COURT:

The Court's April 30, 2025 order is VACATED and replaced with this order.

Robert Walker, *pro se*, appeals from the district court's February 12 and 14, 2025, orders dismissing his amended complaint; its February 28, 2025, order addressing his post-dismissal motion for clarification; and several of its pre-dismissal orders. He also appeals this Court's order clerically dismissing two of his previous appeals from the same case.

This appeal is DISMISSED IN PART, *sua sponte*, for lack of jurisdiction to the extent Walker appeals from our clerical dismissal order. That order was not issued by the district court and thus is not reviewable in an independent appeal. *See* 28 U.S.C. § 1291 (providing that we have jurisdiction over "appeals from all final decisions of the district courts"); *id.* § 1292 (providing that we also have jurisdiction over certain interlocutory district court orders).

Walker's appeal from the district court's orders may proceed. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.